MARY ANN CLARK *versus* CHARLES H. CLARK. 

JOURNAL ENTRIES (1834–35): *Journal 5:* (1) Time fixed for hearing, notice ordered served *p. 53; (2) referred to master to take testimony *p. 65; (3) motion for decree *p. 75; (4) decree *p. 82.
PAPERS IN FILE: (1) Petition for divorce, order for drawing decree; (2) affidavit of service of copy of petition, etc.; (3) notice of taking testimony, proof of service; (4) depositions of Catherine La Forais, David French, Shubael Conant; (5) decree signed by two of the judges.
*1824–36 Calendar,* MS p. 230.

 AUSTIN E. WING *versus* HENRY HUDSON, ROBERT SMART, AND CONRAD TEN EYCK, AND ELON FARNSWORTH AND JAMES ABBOTT, EXECUTORS, ETC., OF OLIVER W. MILLER, DECEASED. 

JOURNAL ENTRIES (1834): *Journal 5:* (1) Motion to dissolve injunction *p. 53; (2) submitted on bill and answers *p. 102.
PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) precipe for writ of injunction and writ of subpoena; (3) writ of injunction and return; (4) copy of writ of injunction and pluries fi. fa. in case 26 of 1820; (5) writ of subpoena and return; (6) request for copy of bill; (7) answer of Henry Hudson; (8) answer of Conrad Ten Eyck; (9) answer of Robert Smart; (10) answer of executors of Oliver W. Miller; (11) request for copies of answers; (12) replication; (13) bill of costs in case of *Austin E. Wing* v. *Henry Hudson* up to 1828; (14) depositions of William Woodbridge, Solomon Sibley, Eurotas P. Hastings, John Whipple, David Dodemead, Elijah Warner, and various exhibits; (15) Chancellor Farnsworth's certificate of disqualification; (16) motion to enter case on docket of state Supreme Court; (17) copy of rule to enter appearance in state Supreme Court, citation; (18) appearance; (19) suggestion of death, motion to revive suit and for rule on executors to appear; (20) motion to confirm master's report; (21) decree signed by Chancellor Manning; (22) petition to revive suit; (23) affidavit of George Andrews re disposition of suit.
*Chancery Case* 149 of 1832.

 THOMAS EMERSON *versus* DAVID C. McKINSTRY, NANCY W. McKINSTRY, AND DEGARMO JONES. . . . .

JOURNAL ENTRIES (1834–35): *Journal 5:* (1) Rule to plead, answer, or demur *p. 56; (2) bill dismissed *p. 86.
PAPERS IN FILE: [None]
*Chancery Case* . . . . of . . . .

 THE DETROIT HYDRAULIC COMPANY, A CORPORATION, *versus* NEHEMIAH O. SARGEANT AND THE MAYOR, RECORDER, ALDERMEN, AND FREEMEN OF THE CITY OF DETROIT. 

JOURNAL ENTRIES (1834): *Journal 5:* (1) Motion to dissolve injunction, argued, submitted *p. 58; (2) injunction dissolved, leave given to amend *p. 61.
PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) writ of injunction and return; (3) writ of subpoena and return; (4) motion to dissolve injunction.
*Chancery Case* 174 of 1834.